**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **STEPHEN TOMLIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:10-0344** |
| | ) | **Judge Campbell** |
| **JEFF LONG, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**O R D E R**

The plaintiff has submitted a complaint and an application to proceed *in forma pauperis*

(Docket Nos. 1 and 2) that were mistakenly docketed in this pending action. The documents at issue

should have been filed in Case No. 3:10-mc-00047. The Clerk is directed to **FILE** those documents

in Case No. 3:10-mc-00047 for Judge Echols' review. The Clerk is further directed to **TERM** the

instant action.

The Clerk is **DIRECTED** to reference this Order in the docket entry in Case No. 3:10-mc-

00047.

It is so **ORDERED**.

Todd J. Campbell
United States District Judge